

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00003-CV

**IN RE** Jackie **SANCHEZ**

Original Proceeding[1]

PER CURIAM

Sitting:      Irene Rios, Justice
             Lori Massey Brissette, Justice
             Adrian A. Spears II, Justice

Delivered and Filed: January 14, 2026

PETITION FOR WRIT OF MANDAMUS DENIED

Relator filed her petition for writ of mandamus on January 2, 2026. Having reviewed the petition and accompanying record, this court has determined that relator has not established that she is entitled to the relief sought. The petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2022CI07022, styled *In the Interest of D.J.Y., a Child*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Elizabeth Martinez presiding.